IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GUY CHRISTOPHER MANNINO**                                                                 **PLAINTIFF**
**REG #21960-075**

v.                                        2:23CV00076-JM

**DOES**, *et al*.                                                                                        **DEFENDANTS**

### ORDER

Plaintiff Guy Christopher Mannino, in custody in Federal Bureau of Prisons–Forrest City Low, filed a *pro se* complaint alleging a number of federal claims. Based on the facts alleged and the Defendants named, it appears that venue properly lies in the United States District Court for the Eastern District of Kentucky.[1] Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Eastern District of Kentucky.[2]

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Eastern District of Kentucky.

IT IS SO ORDERED this 9th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1391(b). Mr. Mannino filed suit after he discovered he had been sent to collections for unpaid medical bills from procedures he underwent as a federal inmate. The documentation he provides states that BOP-Lexington is aware of the issue and is working to resolve the matter. Doc. 1 at 20, 23.

[2] 28 U.S.C. § 1406(a) "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*